IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Patrick Bertram Walker, #296176, | ) |
| | ) C.A. No. 1:09-2672-HMH |
| Petitioner, | ) |
| | ) |
| vs. | ) **OPINION AND ORDER** |
| | ) |
| Warden of Broad River Correctional Institution, | ) |
| | ) |
| Respondent. | ) |

This matter is before the court on limited remand from the United States Court of Appeals for the Fourth Circuit for the court to issue or deny a certificate of appealability. A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). After review, the court finds that the petitioner has failed to satisfy the legal standard to issue a certificate of appealability.

It is therefore

**ORDERED** that a certificate of appealability is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
October 12, 2010

1